(June 17, 1985)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. NATHANIEL SIMS, Petitioner, v THOMAS COUGHLIN, as Commissioner of Cor-

rectional Services, et al., Respondents. — Application, pursuant to CPLR 7002 (b) (2) for writ of habeas corpus denied (*People ex rel. Frazier v Coombe,* 87 AD2d 904). Kane, J. P., Main, Casey, Levine and Harvey, JJ., concur.